# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:20-CV-00303-LEK-KJM |
| CASE NAME: | Carpet, Linoleum & Soft Tile Local Union 1926 Trust Funds, et al. v. Modern Flooring LLC |
| ATTYS FOR PLA: | *Brian W. Tilker<br>J. George Hetherington |
| ATTY FOR DEFT: | *Trisha C. Gibo |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | Video Tele-Conference (VTC) No Record |
| DATE: | 01/20/2022 | TIME: | 10:00 - 12:35 |

COURT ACTION:  EP:   EARLY SETTLEMENT CONFERENCE held.

Douglas Kema, Jr., Representative for Plaintiffs, Vitaliy Bublik and Tatiana Johnson Representatives for Defendants are present.

The Court met with the parties. Settlement discussions held.

The parties have reached an agreement in principle that will resolve all claims and all parties, subject to trustee approval and final settlement documentation. The parties are directed to keep the magistrate judged informed as to their progress in finalizing the settlement.

*Submitted by: Bernie Aurio, Courtroom Manager*