# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:20-CV-00303-LEK-KJM |
| CASE NAME: | Carpet, Linoleum & Soft Tile Local Union 1926 Trust Funds, et al. v. Modern Flooring LLC |
| ATTY FOR PLA: | Brian W. Tilker |
| ATTY FOR DEFT: | *Anna M. Elento-Sneed |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | AT&T Service |
| DATE: | 04/25/2022 | TIME: | 9:30 - 9:42 |

COURT ACTION:  EP:   FURTHER TELEPHONIC STATUS CONFERENCE RE: SETTLEMENT held.

Vitaliy Bublik Representative for Defendant is also present.

Discussion held.

Further Telephonic Status Conference is set for May 9, 2022 at 10:00 a.m. before Magistrate Judge Kenneth J. Mansfield.

Call-in information for this conference is below. Parties must connect to the conference at least five (5) minutes prior to the scheduled start time of the hearing.

Dial in number is 1-877-848-7030
Access Code is 2123668

Settlement Conference set for May 9, 2022 at 10:00 a.m. is VACATED.

*Submitted by: Bernie Aurio, Courtroom Manager*